JS - 6/ENTER




# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SHEROD SPENCER, | Case No. CV 11-7149-GAF (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| P.D. BRAZELTON, WARDEN, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: May 29, 2012

_____
Gary A. Feess
United States District Judge