JS - 6/ENTER

FILED
MAY 29 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHEROD SPENCER,<br><br>    Petitioner,<br><br>    v.<br><br>P.D. BRAZELTON, WARDEN,<br><br>    Respondent. | Case No. CV 11-7149-GAF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: May 29, 2012

_____
Gary A. Feess
United States District Judge